

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00718-CV

In re Alfredo **CANEDO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: September 13, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On August 9, 2023, relator filed an amended petition for a writ of mandamus. The court has considered relator's petition and is of the opinion that he is not entitled to the relief sought. Accordingly, relator's petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-EM5-02493, styled *In the Interest of E.T.C.Q., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.